# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D2026-0432

———————————————————

LATAVIUS ROBINSON,

    Appellant,

v.

BARCLAYS BANK DELAWARE,

    Appellee.

———————————————————

On appeal from the County Court for Leon County.
Monique Richardson, Judge.

July 29, 2026

PER CURIAM.

    AFFIRMED.

BILBREY, TREADWELL, and NEFF, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Latavius Robinson, pro se, Appellant.

Carlos Cruanes of Andreu, Palma, Lavin & Solis, PLLC, Miami, for Appellee.